IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00339-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AMEEN ALAI,
   *a/k/a "Adam Powars"*,

        Defendant.

___

## NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Jared Westbroek
        JARED WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        jared.westbroek@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Cyrus Y. Chung, AUSA
    Email: cyrus.chung@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ameen Alai    (via Mail)

                            s/Jared Westbroek
                            JARED WESTBROEK
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            jared.westbroek@fd.org
                            Attorney for Defendant